IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| HARVEY WILLIAM VAN CLEAVE III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No. 1:20-cv-00144-DSC |

**ORDER**

Upon consideration of Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act and Defendant's response thereto, it is **ORDERED** that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $3,233.00 in full satisfaction of all claims arising under the Equal Access to Justice Act. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel and mailed to her office, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED.**

Signed: September 9, 2021

David S. Cayer
United States Magistrate Judge